**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUSAN MCCORD, | * | Civil Action No. 3:30-cv-1638 |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| ARAMARK SERVICES, INC., | * | |
| | * | |
| Defendants. | * | |
| _____ | * | OCTOBER 29, 2020 |
| | * | |

**NOTICE OF REMOVAL OF ACTION FROM THE SUPERIOR COURT OF CONNECTICUT, JUDICIAL DISTRICT OF HARTFORD AT HARTFORD, TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C §§ 1441 and 1446**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C §§ 1441 and 1446, defendant ARAMARK SERVICES, INC., by and through its attorneys, hereby remove the above-captioned case from the Superior Court of Connecticut, Judicial District of Hartford at Hartford.  In support of removal, ARAMARK SERVICES, INC., states as follows:

1. This civil action may be removed to District Court pursuant to the provisions of Title 28, United States Code § 1441(b) in that none of the parties joined and served as a defendant are citizens of the State of Connecticut.

2. This action was commenced by Summons and Complaint dated October 14, 2020, and addressed to the undersigned defendant, ARAMARK SERVICES, INC.  Service was made on the undersigned moving defendants by delivery to ARAMARK SERVICES INC.'s, agent for service, Corporation Service Company on or about October 15, 2020.

3. Annexed hereto, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (1) Complaint; and (2) Summons ARAMARK SERVICES, INC., (Ex. A)

4. The action is returnable in the Superior Court at Hartford in the Judicial District of Hartford. The return date is November 24, 2020. This action was returned to court on October 20, 2020 and assigned a docket number HHD-CV20-6134025-S.

5. By this action, plaintiff asserts claims for carelessness and negligence, against defendants ARAMARK SERVICES, INC. Upon information and belief, plaintiff, Susan McCord resides at 46 Ridgeway Street, Newington, CT 06111.

6. The Court has original (diversity) jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interests and costs, and the plaintiff and defendants are citizens or entities of different states.

7. Diversity exists in that, as indicated on the summons, the defendant is not a citizen of the State of Connecticut.

8. Defendant maintains that this Notice of Removal is timely filed as pursuant to 28 U.S.C. §1446(b) as the Notice of Removal has been filed within thirty days after service of the complaint on the defendant.

9. The amount in controversy exceeds the jurisdictional limits of $75,000. Plaintiff made a demand for settlement of $350,000 by letter dated 9/2/20 for alleged injuries and

damages that include a second degree burn injury to her hand, scarring, a recurrent ulnar collateral ligament injury requiring surgery,  and lost wages.

10. None of the parties have previously sought to remove this action and there are no pending motions in State Court requiring the Court's attention.

11. After this Notice of Removal is filed, written notice of the filing of this Notice of Removal will immediately be given to all parties.  Notice of this Removal will also be filed simultaneously in the Superior Court of Connecticut, Judicial District of Hartford.

WHEREFORE, the defendants, ARAMARK SERVICES, INC., respectfully request that this case be removed to this Court.

                                      Respectfully submitted,
                                      FOR THE DEFENDANT

By: ___/s/ 25715_____
Elycia D. Solimene
Solimene & Secondo, LLP
1501 East Main Street, Suite 204
Meriden, Connecticut 06450
(203) 599-0140
Solimene@ss-llp.com

*Attorney for Aramark Services, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2020, a copy of the foregoing was served by regular mail.

Attorney Crockett
Hersh & Crockett
21 Oak Street, Suite 603
Hartford, CT 06106

                                                                  */s/ 25715*
                                                             Elycia D. Solimene