CT Corporation

**Service of Process Transmittal**
10/15/2020
CT Log Number 538408254

TO:     Charles J Reitmeyer, Vice President & Assoc. General Counsel
        Aramark
        2400 MARKET ST FL 8
        PHILADELPHIA, PA 19103-3041

RE:     **Process Served in Connecticut**

FOR:    Aramark Services, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Susan McCord, Pltf. vs. Aramark Services, Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Instructions, Complaint, Statement |
| COURT/AGENCY: | Hartford at Hartford Superior Court Judicial District, CT<br>Case # NONE |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/21/2019 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, East Hartford, CT |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/15/2020 at 14:58 |
| JURISDICTION SERVED : | Connecticut |
| APPEARANCE OR ANSWER DUE: | On or before the second day after the return date 11/24/2020 |
| ATTORNEY(S) / SENDER(S): | Cynthia I. Crockett<br>Hersh & Crockett<br>21 Oak Street<br>Hartford, CT 06106-8004<br>860-527-5253 |
| REMARKS: | The documents received have been modified to reflect the name of the entity being served. |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/16/2020, Expected Purge Date: 10/21/2020 |
| | Image SOP |
| | Email Notification,  Charles J Reitmeyer  charles.reitmeyer@morganlewis.com |
| | Email Notification,  Denise Bolc  bolc-denise@aramark.com |
| | Email Notification,  Amy Golembo  golembo-amy@aramark.com |
| SIGNED: | C T Corporation System |
| ADDRESS: | 1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / DP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a; 52-48; 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov |
|---|---|

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) 95 Washington Street, Hartford, CT 06106 | Telephone number of clerk ( 860 ) 548 – 2700 | Return Date (Must be a Tuesday) 11/24/2020 |
|---|---|---|
| ☒ Judicial District   G.A. ☐ Housing Session ☐ Number: ___   At (City/Town) **Hartford** | | Case type code (See list on page 2) Major: T   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) Hersh & Crockett, 21 Oak Street, Suite 603, Hartford, CT 06106 | Juris number (if attorney or law firm) 404465 |
|---|---|
| Telephone number ( 860 ) 527 – 5253 | Signature of plaintiff (if self-represented) |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: **MCCORD, SUSAN** Address: **46 Ridgeway Street, Newington, CT 06111** | P-01 |
| Additional plaintiff | Name: Address: | P-02 |
| First defendant | Name: **ARAMARK SERVICES, INC.,** 2400 Market Street, Philadelphia, PA 19103 Address: Agent for Service: C T Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name: Address: | D-02 |
| Additional defendant | Name: Address: | D-03 |
| Additional defendant | Name: Address: | D-04 |
| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date 10/14/2020 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ _____ Clerk | Name of person signing Cynthia I. Crockett |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date ST:
A TRUE COPY
PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do <u>not</u> use this summons for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals

   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | | | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE: NOVEMBER 24, 2020       :     SUPERIOR COURT

SUSAN MCCORD                  :     J.D. OF HARTFORD

VS.                             :     AT HARTFORD

ARAMARK SERVICES, INC.          :     OCTOBER 14, 2020

<div align="center">

**COMPLAINT**

</div>

**COUNT ONE (Negligence)**

1.      At all times mentioned herein, the Defendant, Aramark Services, Inc., is a Delaware corporation authorized by the Secretary of State to conduct business in the State of Connecticut.

2.      On or about January 21, 2019 and for some time prior thereto, the Defendant, Aramark Services, Inc. owned and operated a cafeteria located at the Connecticut Children's Medical Hospital in Hartford, Connecticut and was engaged in the business of preparing and serving food to patrons thereof.

3.      At all times herein mentioned, the Plaintiff, Susan McCord, was a business invitee of the Defendant and lawfully on their premises at the time of this incident. Additionally, the Defendant and its agents, servants and/or employees had a duty to maintain the premises in a reasonably safe condition, including keeping the self-service area in a reasonably safe condition for store patrons.

4.      On or about January 21, 2019 at approximately 6:45 p.m., the Plaintiff was a patron of said cafeteria, approached the self-service soup station and began to ladel soup, when

<div style="writing-mode: vertical-rl">
HERSH & CROCKETT • ATTORNEYS AT LAW
21 OAK STREET • HARTFORD, CONNECTICUT 06106-8004 • (860) 527-5253 • JURIS NO. 404465
</div>

the lid suddenly fell causing the soup to spill and the Plaintiff to become seriously injured as set forth herein.

5.      The Defendant, Aramark Services, Inc., is liable and legally responsible to the Plaintiff, Susan McCord, for the Plaintiff's injuries caused by carelessness and negligence of the Defendant, its agents, servants and/or employees in one or more of the following ways:

(a)     the design of the self-service soup station created a foreseeable risk that patrons will be injured;

(b)     they failed to design the self-service soup station in a manner that would prevent the lids from falling on patrons hands;

(c)     they failed to maintain the cafeteria in a reasonably safe condition;

(d)     they failed to properly warn its customers, including the plaintiff, of the dangerous condition presented by the soup lids;

(e)     they failed to keep the self-service area of the cafeteria in a reasonably safe condition for invitees, including the plaintiff, when in the exercise of reasonable care they could have and should have done so;

(f)     they knew, or in the exercise of reasonable care and proper inspection should have known, about the dangerous and defective condition of the soup lid and should have taken measures and remedies to correct said condition, but failed to do so;

(g)     they failed to serve the soup to customers, including the Plaintiff;

(h)     they failed to install slow close lids, hydraulics or otherwise utilize equipment that would not fall on customers hands;

(i)     they failed to utilize pots without lids;

(j)     they failed to make responsible inspections of the soup station and surrounding area in order to discover and remove that condition;

(k)     the defendant's design, construction, and/or maintenance of the soup station makes it more likely that lids will fall;

(l)     they had constructive notice of dangerous transitory conditions that are likely to occur in that it designed, constructed, and/or maintained a self-service soup station;

(m)     they heated the soup to a temperature that would cause second degree burns;

(n)     they failed to properly warn its customers, including the plaintiff, of the dangerous condition presented by the temperature of the soup;

(o)     they misrepresented to the Plaintiff and the general public that the soup and soup station in question was safe for use by the public;

(p)     they failed to disclose to the Plaintiff and the general public the dangerous propensities of the soup and soup station; and/or

(q)     the defendant failed to use reasonable care under the circumstances to discover foreseeable dangerous condition and to correct it or to warn customers of its existence.

HERSH & CROCKETT • ATTORNEYS AT LAW
21 OAK STREET • HARTFORD, CONNECTICUT 06106-8004 • (860) 527-5253 • JURIS NO. 404465

6. As a result of this occurrence, the Plaintiff, Susan McCord, sustained a severe burn and ligament damage to her left hand, resulting in permanent scarring, as well as a shock to her entire central nervous system. These injuries or the effects thereof, are medically probable to be permanent.

7. From all of the aforementioned injuries and the effects thereof, the Plaintiff has suffered, and will continue to suffer, from great pain and mental anguish.

8. As a further result of this occurrence, the Plaintiff has incurred and/or will continue to incur in the future, considerable expenses for physicians, hospital, medical and/or surgical care, x-rays, medicines, physiotherapy and/or other care and treatment, all to Plaintiff's loss and damage.

9. As a further result of this occurrence, the Plaintiff's ability to enjoy life and carry on her usual activities, hobbies, and recreations has been impaired and may continue to be impaired for her lifetime.

**COUNT TWO (Mode of Operation)**

1-4 Paragraphs 1 through 4 of Count One are hereby incorporated and made Paragraphs 1 through 4 of Count Two as if more fully set forth herein.

5. The Plaintiff's injuries and losses as above described were caused by the mode of operation the Defendant utilized to sell soup, in that it was inherently foreseeable that hot soup would burn customers and/or that the lid to the soup container would fall while customers were ladling soup, causing the type of hazard resulting in the Plaintiff's injuries.

HERSH & CROCKETT • ATTORNEYS AT LAW
21 OAK STREET • HARTFORD, CONNECTICUT 06106-8004 • (860) 527-5253 • JURIS NO. 404465

6-9     Paragraphs 6 through 9 of Count One are hereby incorporated and made

Paragraphs 6 through 9 of Count Two as if more fully set forth herein.

HERSH & CROCKETT  •  ATTORNEYS AT LAW
21 OAK STREET  •  HARTFORD, CONNECTICUT 06106-8004  •  (860) 527-5253  •  JURIS NO. 404465

WHEREFORE, the Plaintiff claims:

    1. Money damages;

    2. Any other such equitable or legal relief that the court deems appropriate.

THE PLAINTIFF, SUSAN MCCORD

BY_____
       CYNTHIA Y. CROCKETT
       HER ATTORNEY

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

HERSH & CROCKETT • ATTORNEYS AT LAW
21 OAK STREET • HARTFORD, CONNECTICUT 06106-8004 • (860) 527-5253 • JURIS NO. 404465

RETURN DATE:  NOVEMBER 24, 2020  :  SUPERIOR COURT

SUSAN MCCORD  :  J.D. OF HARTFORD

VS.  :  AT HARTFORD

ARAMARK SERVICES, INC.  :  OCTOBER 14, 2020

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is Fifteen Thousand Dollars

($15,000.00) or more, exclusive of interest and costs.

THE PLAINTIFF, SUSAN MCCORD

BY_____
CYNTHIA L. CROCKETT
HER ATTORNEY

ATTEST:
A TRUE COPY

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

HERSH & CROCKETT  •  ATTORNEYS AT LAW
21 OAK STREET  •  HARTFORD, CONNECTICUT 06106-8004  •  (860) 527-5253  •  JURIS NO: 404465